UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRENDA GEHRCKE,                                   Case No. 2:21-cv-00210

        Plaintiff,                                    Hon.  Jane M. Beckering
v.                                                U.S. District Judge

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

**REPORT AND RECOMMENDATION**

Plaintiff Brenda Gehrcke filed a consent motion for an award of attorney fees in the amount of $ 4,995.90 under the Equal Access to Justice Act (EAJA), 28 U.S.C § 2412 and for filing costs in the amount of $402.00.  (ECF No. 21.)  Gehrcke represents to the Court that the Commissioner does not oppose his motion for attorney fees or for costs.  (*Id.*)

As an initial matter, three conditions must be met in order for a plaintiff to recover attorney fees under the EAJA: (1) the claimant must be a prevailing party; (2) the government's position must be without substantial justification; and (3) there are no special circumstances that would warrant a denial of fees. *DeLong v. Comm'r of Soc. Sec.*, 748 F.3d 723, 725 (6th Cir. 2014).

In the opinion of the undersigned, Gehrcke's request for attorney fees and for costs is supported by the record.

Accordingly, it is respectfully recommended that the Court grant Gehrcke's motion for fees under the EAJA for $4,995.00 and for costs in the amount of $402.00.

NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3(b). Failure to file timely objections constitutes a waiver of any further right to appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985).

Dated: July 8, 2022    /s/ *Maarten Vermaat*
                       MAARTEN VERMAAT
                       U.S. MAGISTRATE JUDGE