UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRENDA GEHRCKE,

    Plaintiff,

v.

    Case No. 2:21-cv-210

COMMISSIONER OF SOCIAL SECURITY,

    HON. JANE M. BECKERING

    Defendant.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  Plaintiff filed a Consent Motion for an award of attorney fees under the Equal Access to Justice Act (EAJA) (ECF No. 21).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 8, 2022 (ECF No. 22), recommending that this Court grant the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 22) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Consent Motion for an award of attorney fees under the Equal Access to Justice Act (ECF No. 21) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff for fees under the EAJA in the amount of $4,995.00 and for costs in the amount of $402.00.

Dated:  July 25, 2022                                                          /s/ Jane M. Beckering
                                                                                     JANE M. BECKERING
                                                                                     United States District Judge