UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRENDA GEHRCKE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 2:21-cv-210

HON. JANE M. BECKERING

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  Plaintiff's counsel filed a motion for attorney's fees under 42 U.S.C. § 406(b) (ECF No. 26).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 27) on May 31, 2024, recommending that this Court grant the motion and award $13,724.50 (less the EAJA fee of $4,995.90 that was previously awarded, for a total amount of $8,728.60).  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 27) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the motion for attorney's fees under 42 U.S.C. § 406(b) (ECF No. 26) is GRANTED for the reasons stated in the Report and Recommendation.  Plaintiff is awarded $13,724.50 (less the EAJA fee of $4,995.90 that was previously awarded, for a total amount of $8,728.60).

Dated: June 17, 2024

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge